UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                              )
IN RE YASMIN AND YAZ (DROSPIRENONE))         3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION            )         MDL No. 2100
_____ )
                                                              )         ORDER
                                                                        VACATING DISMISSAL

**This Document Relates to:**

Natasha Haley, et al. v.
Bayer HealthCare Pharmaceuticals, Inc., et al.    No. 3:11-cv-12892-DRH-PMF[1]

## ORDER

**HERNDON, Chief Judge:**

On March 1, 2012, the Court granted Bayer defendants' motion to dismiss without prejudice the claims of certain plaintiffs for failure to comply with their Plaintiff Fact Sheet (PFS) requirements. On April 26, 2012, plaintiffs filed a motion to vacate the order of dismissal as to twenty-four plaintiffs. Bayer responded, stating that eleven of the twenty-four plaintiffs had not fully complied with their PFS obligations. With regard to the eleven purportedly non-compliant plaintiffs (Emily De La Cruz, Andrea Ferris, Sarah Fleck, Austin Frazier, Patricia Garcia, Rachel Locken, Nicole Love, Kylie Pulliam, Michelle Rhodes, Allison Tinder, and Sarah Vine), the Court denied the motion to vacate.

---

[1] This order applies to the following Plaintiffs: Emily De La Cruz, Andrea Ferris, Sarah Fleck, Austin Frazier, Patricia Garcia, Rachel Locken, Nicole Love, Kylie Pulliam, Michelle Rhodes, Allison Tinder, and Sarah Vine.

These eleven plaintiffs have filed a renewed motion to vacate the order dismissing their actions. Bayer has responded stating that it is not opposed to the renewed motion to vacate.

Accordingly, the Court hereby **VACATES** the orders dismissing without prejudice the claims of the following plaintiffs and directs the Clerk of the Court to **REINSTATE** the same:

1. Emily De La Cruz
2. Andrea Ferris
3. Sarah Fleck
4. Austin Frazier
5. Patricia Garcia
6. Rachel Locken
7. Nicole Love
8. Kylie Pulliam
9. Michelle Rhodes
10. Allison Tinder
11. Sarah Vine

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2012.06.05
11:28:16 -05'00'

**Chief Judge**
**United States District Court**                    Date:  June 5, 2012