UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates to:**

**Judge David R. Herndon**

*Kristin Lamb, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:11-cv-12893-DRH-PMF[1]

*Katie Chor, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:11-cv-12891-DRH-PMF[2]

*Natasha Haley, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:11-cv-12892-DRH-PMF[3]

## ORDER VACATING DISMISSAL AND REINSTATING

**HERNDON, Chief Judge:**

On March 1 2012, the Court granted the Bayer defendants' motions to dismiss, without prejudice, the claims of the plaintiffs identified in the above captioned actions. The plaintiffs have since filed motions to vacate the order of dismissal and reinstate their claims. The Bayer defendants are not opposed.

Accordingly, the Court hereby **ORDERS** as follows:

---

[1] This Order applies only to plaintiffs Katherine Houck and Nikki Watterson .
[2] This Order applies only to plaintiffs Latosha Black, Julie Bradley, Jessica Cuellar, Tara Cyphert, and Jennifer Mills.
[3] This order applies only to plaintiffs Alaina Adams, Sarah Hastings, Samantha Morgan, and Yvonne Reyes.

In *Kristin Lamb, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:11-cv-12893-DRH-PMF, the Court **VACATES** the orders dismissing the claims of **Katherine Houck** and **Nikki Watterson** and directs the Clerk of the Court to **REINSTATE** the same

In *Katie Chor, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:11-cv-12891-DRH-PMF the Court **VACATES** the orders dismissing the claims of plaintiffs **Latosha Black**, **Julie Bradley**, **Jessica Cuellar**, **Tara Cyphert**, and **Jennifer Mills** and directs the Clerk of the Court to **REINSTATE** the same

In *Natasha Haley, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:11-cv-12892-DRH-PMF the Court **VACATES** the orders dismissing the claims of plaintiffs **Alaina Adams**, **Sarah Hastings**, **Samantha Morgan**, and **Yvonne Reyes** and directs the Clerk of the Court to **REINSTATE** the same.

SO ORDERED:

David R. Herndon
2013.06.18
13:14:54 -05'00'

**Chief Judge**                                                      Date: June 18, 2013
**United States District Court**